UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10935-RGS

CLAUDIA SAMPEDRO, et al.,
Plaintiffs

v.

P&M CORPORATION, et al.,
Defendants

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

June 9, 2022

STEARNS, D.J.

Filed in June of 2021, Magistrate Judge Boal has reassigned this case to a District Judge with her recommendation that the action be dismissed without prejudice for plaintiffs' failure to comply with the court's March 31, 2022 Order permitting an additional 45 days to serve the Amended Complaint (originally to be served by March 7, 2022) and their failure to prosecute this matter. To date, no objection or response to the Report and Recommendation (R&R) has been docketed and there has been no return to the court of proof of service of the summons and amended complaint on defendants. Accordingly, I adopt Magistrate Judge Boal's R&R.

## ORDER

This case is <u>DISMISSED</u> without prejudice. The Clerk is instructed to enter the dismissal and close the case.

                                SO ORDERED.

                                <u>/s/ Richard G. Stearns          </u>
                                UNITED STATES DISTRICT JUDGE